UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

STACY CARTER                                             CIVIL ACTION

VERSUS                                                   NO: 13-497

SOCIAL SECURITY ADMINISTRATION                           SECTION: "J" (3)

ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge **(Rec. Doc. 32)** and Plaintiff's objections **(Rec. Doc. 33)**, hereby **OVERRULES** Plaintiff's objections, **APPROVES** the Report and Recommendation of the United States Magistrate Judge and **ADOPTS** the Report as its opinion herein.  Accordingly,

**IT IS ORDERED** that the Social Security Administration's **Motion for Summary Judgment (Rec. Doc. 26)** is **GRANTED** and Plaintiff's **Motion for Summary Judgment (Rec. Doc. 15)** is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against the Social Security Administration are hereby **DISMISSED WITH PREJUDICE**.

1

New Orleans, Louisiana this 12th day of May, 2014.

                                                CARL J. BARBIER
                                                UNITED STATES DISTRICT JUDGE